UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Derrick L. Forest, | Case No. 23-cv-3716 (PJS/DLM) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| State of Minnesota, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 6) is **ADOPTED**;

2. Petitioner Derrick L. Forest's (1) Petition for Habeas Corpus (Doc. 1) is **DENIED**;

3. This action is **DISMISSED WITHOUT PREJUDICE**; and

4. No certificate of appealability is issued.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2024

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
Chief Judge United States District Court